# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN ALIRIO GARCIA PACHECO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF OTAY MESA DETENTION CENTER,<br><br>Respondent. | Case No.: 26-cv-0107-BJC-DDL<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On November 25, 2025, Petitioner Edwin Alirio Garcia Pacheco, a Salvadoran national who last entered the United States without inspection in 2003, was apprehended and detained by Respondents. ECF No. 1 ¶¶ 1, 26, 27, 28. On January 2, 2026, Petitioner was scheduled to appear for a custody redetermination hearing, but the immigration judge advised counsel she was inclined to deny the request in light of the decision in *Matter of Yajure Hurtado*. *Id*. ¶ 35. In response, counsel voluntarily withdrew the request for custody redetermination. *Id*. Petitioner remains detained at the Otay Mesa Detention Center. *Id*. ¶¶ 1, 36.

On January 8, 2026, Petitioner filed the instant Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, asserting his continued detention exceeds statutory authority

and violates the Fifth Amendment.  This Court set a briefing schedule and issued a limited stay.  ECF No. 2.  Respondents filed a return to the petition on January 20, 2026.  ECF No. 4.  In their return, Respondents acknowledge that Petitioner, pursuant to the judgment in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3713987, at *1 (C.D. Cal. Dec. 18, 2025), "is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)."  ECF No. 4 at 2.

      Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus.  Respondents shall hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on 8 U.S.C. § 1225.  Respondents are enjoined from transferring Petitioner before a bond hearing takes place.  The Clerk of Court shall closed this matter.

      **IT IS SO ORDERED**.

Dated:  January 21, 2026

_____
Honorable Benjamin J. Cheeks
United States District Judge